1  Amy M. Samberg, Esq.
2  Nevada Bar No. 10212
   FORAN GLENNON PALANDECH PONZI
3  & RUDLOFF PC
   One Renaissance Tower
4  Two North Central Avenue, Suite 1800
   Phoenix, AZ 85004
5  Telephone:  602.777.6230
   Facsimile:  312-863-5099
6  Email:  asamberg@fgppr.com

7
   Casey G. Perkins, Esq.
8  Nevada Bar No. 12063
   FORAN GLENNON PALANDECH PONZI
9  & RUDLOFF PC
   2200 Paseo Verde Parkway, Suite 280
10 Henderson, NV 89052
   Telephone:  702-827-1510
11 Facsimile:  312-863-5099
   Email:  cperkins@fgppr.com
12

13 *Attorneys for The Travelers*
   *Indemnity Company*
14

15              IN THE UNITED STATES DISTRICT COURT

16                 FOR THE DISTRICT OF NEVADA

17

18 CITY OF NORTH LAS VEGAS, a municipal
   corporation and political subdivision of the State      Case No.  2:17-cv-02151-JCM-GWF
19 of Nevada

20              Plaintiff,                               **STIPULATION AND ORDER FOR
                                                        DISMISSAL WITH PREJUDICE**
21      v.

22 THE TRAVELERS INDEMNITY COMPANY,
   a Connecticut corporation; and DOES 1-10,
23 inclusive,

24              Defendant.

25

26      IT IS HEREBY STIPULATED AND AGREED by and between the City of North Las

27 Vegas ("CNLV") and The Travelers Indemnity Company ("Travelers"), by and through their

28

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, Nevada 89052

respective counsel, that the above matter be dismissed with prejudice in its entirety with each party to bear its own costs and attorneys' fees.

DATED: April **6**, 2018

SANTORO WHITMIRE

By: _____
James E. Whitmire, Esq. (NV Bar No. 6533)
Oliver J. Pancheri, Esq. (NV Bar No. 7476)
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135
Tel. (702) 948-8771
Email: jwhitmire@santoronevada.com
         opancheri@santoronevada.com
*Attorneys for the City of North Las Vegas*

DATED: April ____, 2018

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

By: _____
Amy M. Samberg, Esq.
One Renaissance Tower
Two North Central Avenue, Suite 1800
Phoenix, AZ 85004

Casey G. Perkins (NV Bar No. 12063)
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
Tel. (702) 827-1510
Email: cperkins@fgppr.com
*Attorneys for The Travelers Indemnity Company*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: ___April 17, 2018___

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, Nevada 89052

respective counsel, that the above matter be dismissed with prejudice in its entirety with each party to bear its own costs and attorneys' fees.

DATED:  April ____, 2018

SANTORO WHITMIRE

By: _____
James E. Whitmire, Esq.
Oliver J. Pancheri, Esq.
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89145

*Attorneys for the City of North Las Vegas*

DATED:  April 11, 2018

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

By:  __/s/ Casey Perkins_____
Amy M. Samberg, Esq.
One Renaissance Tower
Two North Central Avenue, Suite 1800
Phoenix, AZ 85004

Casey G. Perkins (NV Bar No. 12063)
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052

*Attorneys for The Travelers Indemnity Company*

## **ORDER**

   **IT IS SO ORDERED** that the above-entitled action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees incurred herein.

   DATED the ____ day of March, 2018.


_____
UNITED STATES COURT JUDGE

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
2300 Paseo Verde Parkway, Suite 280
Henderson, Nevada 89052

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **STIPULATION AND ORDER TO DISMISS**

**WITH PREJUDICE** was served by the method indicated:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☒ **BY ELECTRONIC SERVICE:** submitted to the above-entitled Court for electronic service upon the Court's Service List for the above-referenced case.

Dated: ~~March~~ APRIL *12*, 2018.

_____
An Employee of Foran Glennon